# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141471 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

FRED CORTLAND PROCTOR,
       Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141471
COA: 296074
Oakland CC: 1995-137359-FC

On order of the Court, the application for leave to appeal the June 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk

y1018